

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2016

No. 04-16-00523-CV

**IN RE** Michael **CAMERON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                  Patricia O. Alvarez, Justice
                  Rebeca C. Martinez, Justice

On August 16, 2016, relator Michael Cameron filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* Tex. R. App. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court no later than August 31, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency relief is GRANTED. All proceedings before the trial court in the underlying case are STAYED pending final resolution of the petition for writ of mandamus filed in this court.

It is so **ORDERED** on August 16, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2016CI13043, styled *Rebecca Creek Distillery, LLC v. Michael Cameron*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.